

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-18-00135-CR
_____

DONALD EDWARD STOVALL, JR., APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the County Court at Law No. 2
Taylor County, Texas
Trial Court No. 2-184-17, Honorable Harriett L. Haag, Presiding

August 2, 2018

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before the Court is the motion of appellant Donald Edward Stovall, Jr. to dismiss his appeal. Appellant and his attorney have signed the motion. TEX. R. APP. P. 42.2(a). No decision of the Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice

Do not publish.